BRIAN J. O'NEILL, State Bar No. 298108
brian@pattersononeill.com
LAURA STRAZZO, State Bar No. 312593
laura@pattersononeill.com
**PATTERSON & O'NEILL, PC**
235 Montgomery Street
Suite 950
San Francisco, California 94104
Telephone: (415) 907-9110
Facsimile: (415) 907-7704

Attorneys for Plaintiff
STANFORD53101 LLC

**[Exempt From Filing Fee Government Code § 6103]**

MICHAEL G. COLANTUONO, State Bar No. 143551
mcolantuono@chwlaw.us
MEGHAN A. WHARTON, State Bar No.250498
mwharton@chwlaw.us
**COLANTUONO, HIGHSMITH & WHATLEY, PC**
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356

Attorneys for Defendants
CITY OF PALO ALTO and PALO ALTO CITY COUNCIL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STANFORD53101 LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PALO ALTO, PALO ALTO CITY COUNCIL AND DOES 1-10,<br><br>Defendants. | Case No. 5:26-CV-07342-NC<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Judge: Nathanial M. Cousins<br><br>Trial Date: TBD |

Plaintiff Stanford53101 LLC and Defendants City of Palo Alto and Palo Alto City Council, together referred to as the "Parties," stipulate and agree as follows per Local Rule 6-1:

WHEREAS, Plaintiff filed its Complaint for Damages; Petition for Writ and Request for Immediate Stay ("Complaint") on or about July 16, 2026;

WHEREAS, Plaintiff served Defendants with the Complaint on July 17, 2026;

WHEREAS, on August 4, 2026, Plaintiff and Defendants stipulated to allow Defendants additional time to file their responsive pleading extending the deadline by thirty-two (32) days to September 8, 2026 pursuant to Local Rule 6-1;

WHEREAS, Defendants sent a meet and confer letter to Plaintiff on August 20, 2026 identifying issues with the Complaint that may make it subject to a Federal Rules of Civil Procedure, Rule 12 motion;

WHEREAS, Defendants and Plaintiffs met and conferred via video conference on August 21, 2026;

WHEREAS, during the meet and confer, Plaintiff requested additional time to consider the issues raised in the meet and confer letter and decide whether to file an amended complaint before Defendants' responsive pleading deadline;

WHEREAS, extending Defendants' responsive pleading deadline may allow the parties to avoid motion practice on the Complaint by allowing Plaintiff additional time to consider the issues raised in Defendants' meet and confer letter;

NOW THEREFORE, pursuant to Local Rule 6-1(a), the Parties agree and hereby stipulate that the Defendants' time to respond the Complaint shall be extended by an additional two weeks, and Defendants' responsive pleading is now due by September 22, 2026.

IT IS SO STIPULATED.

COLANTUONO, HIGHSMITH & WHATLEY, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

DATED: August 24, 2026

**COLANTUONO, HIGHSMITH & WHATLEY, PC**

/s/ *Meghan A. Wharton*

MICHAEL G. COLANTUONO
MEGHAN A. WHARTON
Attorneys for Defendant
CITY OF PALO ALTO and PALO ALTO CITY COUNCIL

DATED: August 24, 2026

**PATTERSON & O'NEILL, PC**

/s/ *Brian J. O'Neill*

BRIAN J. O'NEILL
LAURA STRAZZO
Attorneys for Plaintiff STANFORD53101 LLC

COLANTUONO, HIGHSMITH & WHATLEY, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

COLANTUONO, HIGHSMITH & WHATLEY, PC
420 SIERRA COLLEGE DRIVE, SUITE 140
GRASS VALLEY, CALIFORNIA 95945-5091

# PROOF OF SERVICE

## USDC NORTHERN DISTRICT OF CALIFORNIA
## Stanford51301 v. City of Palo Alto

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 790 E. Colorado Boulevard, Suite 850, Pasadena, CA 91101-2109.

On August 24, 2026, I served true copies of the following document(s) described as **SECOND STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** on the interested parties in this action as follows:

Brian O'Neill
Laura Strazzo
PATTERSON & O'NEILL, PC
235 Montgomery Streey
Suite 950
San Francisco, CA 94101
Brian@pattersononeill.com
Laura@pattersononeill.com

Attorneys for Plaintiff

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 24, 2026, at La Canada Flintridge , California.

/s/ Kerry M. Gogan
Kerry M. Gogan