BRIAN J. O'NEILL (SBN 298108)
LAURA STRAZZO (SBN 312593)
PATTERSON & O'NEILL, PC
235 Montgomery Street, Suite 950
San Francisco, CA 94014
Tel: (415) 907-9110
Fax: (415) 907-7704
brian@pattersononeill.com
laura@pattersononeill.com

Attorneys for Petitioner and Plaintiff
STANFORD53101 LLC

PATTERSON & O'NEILL, PC
235 MONTGOMERY STREET, SUITE 950
SAN FRANCISCO, CALIFORNIA 94104

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANFORD53101 LLC,<br><br>Plaintiff and Petitioner,<br><br>vs.<br><br>CITY OF PALO ALTO, PALO ALTO CITY COUNCIL and DOES 1-10,<br><br>Defendants and Respondents. | Case No.: 26-cv-07342-NC<br><br>PROOF OF SERVICE |

PATTERSON & O'NEILL, PC
235 MONTGOMERY STREET, SUITE 950
SAN FRANCISCO, CALIFORNIA 94104

**PROOF OF SERVICE**

United States District Court- Northern District

I, Treanna James, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 235 Montgomery Street, Suite 950, San Francisco, California 94104.

On **September 29, 2026**, I served:

1. **FIRST AMENDED COMPLAINT FOR DAMAGES; PETITION FOR WRIT AND REQUEST FOR IMMEDIATE STAY**
2. **PROOF OF SERVICE**

in said cause addressed as follows:

MICHAEL G. COLANTUONO, State Bar No. 143551
MEGHAN A. WHARTON, State Bar No.250498
COLANTUONO, HIGHSMITH & WHATLEY, PC
420 Sierra College Drive, Suite 140
Grass Valley, California 95945-5091
Telephone: (530) 432-7357
Facsimile: (530) 432-7356
mcolantuono@chwlaw.us
mwharton@chwlaw.us

**/XX/ (BY E-SERVICE)** I served the above documents through a legal filing service in accordance with the California Rules of Court 2.251 and 2.253 stating that unless otherwise ordered by the Court, electronic service of electronically filed documents is optional.

**/XX/ (BY EMAIL)** I served the above documents by transmitting a true and correct Portable Document Format (PDF) copy via email the document(s) listed above on this date to the person(s) at the email address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **September 29, 2026**, at San Francisco, California.

Treanna James